**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

1 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease          9 Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:          Robert B. Ferrell, Jr.                                    Case No..:                    18-16629
                                                                          Judge:                  Andrew B Altenburg

                               Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                           ■ Modified/Notice Required          Date:
☐ Motions Included                   ☐ Modified/No Notice Required                         _____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

---

THIS PLAN:

☐ DOES ■ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

■ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

■ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  SDH          Initial Debtor:  RBF          Initial Co-Debtor  _____

## Part 1:  Payment and Length of Plan

a.  The debtor shall pay $600.00 Monthly for 48 months to the Chapter 13 Trustee, starting on   May 1, 2018   for approximately 48 months.

b.  The debtor shall make plan payments to the Trustee from the following sources:
- ■  Future Earnings
- ☐  Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
- ☐  Sale of real property
  Description:
  Proposed date for completion:          _____

- ☐  Refinance of real property:
  Description:
  Proposed date for completion:          _____

- ■  Loan modification with respect to mortgage encumbering property:
  Description:  123 West Tomlin Station Road, Mickleton, NJ

  The Debtor has filed a Notice of Request for Loss Mitigation with the Bankruptcy Court for the Debtors mortgage serviced by Ocwen Loan Servicing; the Loss Mitigation Order was entered on May 3, 2018.
  Proposed date for completion:          December 31, 2018

d.  ☐  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐  Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection          ■ NONE

a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b.  Adequate protection payments will be made in the amount of $ 3,239.00 monthly   to be paid directly by the debtor(s) outside the Plan, pre-confirmation to:   Ocwen Loan Servicing LLC   (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Isabel C. Balboa, Esq. Trustee | Administrative | 2,880.00 |
| S. Daniel Hutchison, Esq. SH-6931 | Attorney Fees | 3,500.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

   b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
      Check one:
      ■ None
      ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

   1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Real Time Resolutions Inc. as agent for | 123 W Tomlin Station Road Mickleton, NJ | 97,200.00 | 325,000.00 | Agreement Ocwen Loan Servicing - 407,625.44 | No value | N/A | 0.00 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e.  Surrender ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Borough of Penns Grove Tax Office | 35 W. Main Street Penns Grove, NJ 08069  Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| Borough of Penns Grove Tax Office | 16 Cumberland Avenue Penns Grove, NJ 08069  Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy - Burned Down on or about March 2918 | 0.00 | 0.00 |
| Borough of Penns Grove Tax Office | 71 New Street Penns Grove, NJ 08069 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| City of Salem Tax Collector | 293 Gibbon Street Salem, NJ 08079 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy - Burned Down on or around 2016 | 0.00 | 0.00 |
| City of Salem Tax Collector | 45 Union Street Salem, NJ 08079 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| City of Salem Water/Sewer Department | 293 Gibbon Street Salem, NJ 08079 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy - Burned Down on or around 2016 | 0.00 | 0.00 |
| City of Salem Water/Sewer Department | 45 Union Street Salem, NJ 08079 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| FIG Capital Investment NJ 13, LLC | 35 W. Main Street Penns Grove, NJ 08069  Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| Madison TST Co/as Coll Assign | 105 E. Del-A-Vue Avenue Carneys Point, NJ 08069  Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| Penns Grove Sewerage Authority | 35 W. Main Street Penns Grove, NJ 08069  Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| Penns Grove Sewerage Authority | 16 Cumberland Avenue Penns Grove, NJ 08069  Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy - Burned Down on or about March 2918 | 0.00 | 0.00 |
| Penns Grove Sewerage Authority | 71 New Street Penns Grove, NJ 08069  Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| Select Portfolio Servicing | 16 Cumberland Avenue Penns Grove, NJ 08069  Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy - Burned Down on or about March 2918 | 0.00 | 0.00 |
| Singh Real Estate | 105 E. Del-A-Vue Avenue Carneys Point, NJ 08069  Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| Sparrow Investments | 45 Union Street Salem, NJ 08079 Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| Sparrow Investments | 48 Penn Street Penns Grove, NJ 08069  Salem County | 0.00 | 0.00 |
| Stewart Family Trust | 293 Gibbon Street Salem, NJ 08079 Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy - Burned Down on or around 2016 | 0.00 | 0.00 |
| Stewart Family Trust | 105 E. Del-A-Vue Avenue Carneys Point, NJ 08069  Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| Stewart Family Trust | 71 New Street Penns Grove, NJ 08069 Salem County<br>Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| | | | |
|---|---|---|---|
| U.S. Bank Cust for Crestar Capital LLC | 293 Gibbon Street Salem, NJ 08079 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy - Burned Down on or around 2016 | 0.00 | 0.00 |
| U.S. Bank, Custodian for | 293 Gibbon Street Salem, NJ 08079 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy - Burned Down on or around 2016 | 0.00 | 0.00 |
| US Bank Cust for Pro Cap III LLC | 45 Union Street Salem, NJ 08079 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| US Bank Cust/Crestar Cap, LLC. | 35 W. Main Street Penns Grove, NJ 08069  Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| US Bank Cust/FNA Jersey BO1 LLC | 45 Union Street Salem, NJ 08079 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |
| US Bank Cust/FNA Jersey BO1 LLC | 48 Penn Street Penns Grove, NJ 08069  Salem County | 0.00 | 0.00 |
| US Bank Cust/PC6 | 48 Penn Street Penns Grove, NJ 08069  Salem County | 0.00 | 0.00 |
| US Bank Cust/Pro Capital 1 LLC | 45 Union Street Salem, NJ 08079 Salem County Rental Property - Debtor Surrendered Interest in Property in 2015 Chapter 7 Bankruptcy | 0.00 | 0.00 |

**f.  Secured Claims Unaffected by the Plan □ NONE**

The following secured claims are unaffected by the Plan:

Creditor
Ocwen Loan Servicing

**g.  Secured Claims to be Paid in Full Through the Plan ■ NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

**Part 5:  Unsecured Claims**     ▮ **NONE**

    a.  **Not separately classified**  allowed non-priority unsecured claims shall be paid:

        □        Not less than $____ to be distributed *pro rata*

        □        Not less than ___ percent

        ■        *Pro Rata* distribution from any remaining funds

    b.  **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

6

## Part 6:  Executory Contracts and Unexpired Leases    X  NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7:  Motions    NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a.  Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☐ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Adriane Allen | 123 W Tomlin Station Road Mickleton, NJ | Judgment Lien | 1,600.00 | 325,000.00 | 0.00 | 0.00 | 1,600.00 |
| Alan Walther | 123 W Tomlin Station Road Mickleton, NJ | Judgment Lien | 7,290.00 | 325,000.00 | 0.00 | 0.00 | 7,290.00 |
| Division of Youth & Family Services | 123 W Tomlin Station Road Mickleton, NJ | Judgment Lien | 50.00 | 325,000.00 | 0.00 | 0.00 | 50.00 |
| Doerr Development LLC | 123 W Tomlin Station Road Mickleton, NJ | Judgment Lien | 48,500.00 | 325,000.00 | 0.00 | 0.00 | 48,500.00 |
| H & H Inv Harrison | 123 W Tomlin Station Road Mickleton, NJ | Judgment Lien | 850.00 | 325,000.00 | 0.00 | 0.00 | 850.00 |
| Jacob Doerr | 123 W Tomlin Station Road Mickleton, NJ | Judgment Lien | 0.00 | 325,000.00 | 0.00 | 0.00 | 0.00 |
| Midland Funding LLC | 123 W Tomlin Station Road Mickleton, NJ | Judgment Lien | 3,975.00 | 325,000.00 | 0.00 | 0.00 | 3,975.00 |
| Office of the Public Defender | 123 W Tomlin Station Road Mickleton, NJ | | 500.00 | 325,000.00 | 0.00 | 0.00 | 500.00 |
| State of NJ Division of Law | 123 W Tomlin Station Road Mickleton, NJ | Judgment Lien | 5,581.00 | 325,000.00 | 0.00 | 0.00 | 5,581.00 |

7

**b**. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Real Time Resolutions Inc. as agent for | 123 W Tomlin Station Road Mickleton, NJ | 97,200.00 | 325,000.00 | Agreement Ocwen Loan Servicing - 407,625.44 | -82,625.44 | 97,200.00 |

**c**. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**
- ■ Upon Confirmation
- ☐ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification    ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Date of Plan being modified: April 18, 2018.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The debtor has modified his Chapter 13 Plan to reflect that he is stripping the second mortgage held by Real Time Resolutions Inc. as well as to avoid additional judgment liens and to surrender various real properties. | |

Are Schedules I and J being filed simultaneously with this Modified Plan?   □ Yes   ■ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
■ NONE
□ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: October 22, 2018

/s/ Robert B. Ferrell, Jr.
Robert B. Ferrell, Jr.
Debtor

Date:

Joint Debtor

Date   October 22, 2018

/s/ S. Daniel Hutchison, Esq.
S. Daniel Hutchison, Esq. SH-6931
Attorney for the Debtor(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-16629-ABA
Robert B. Ferrell, Jr.                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 4            Date Rcvd: Nov 09, 2018
                               Form ID: pdf901          Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
```
db              #+Robert B. Ferrell, Jr.,   123 W Tomlin Station Road,   Mickleton, NJ 08056-1320
517830792        +Adriane Allen,   86 State Street,   Penns Grove, NJ 08069-1624
517434036        +Alan Walther,   c/o John V. Iacona, Esq.,   276 Main Street,   Metuchen, NJ 08840-2453
517830793        +Allied Propane,   138 Keystone Road,   Chester, PA 19014-3425
517434039        +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
517830796        +Borough of Penns Grove Tax Office,   303 Harding Highway,   Penns Grove, NJ 08069-2248
517830799        +CCB Credit Services,   5300 S. 6th Street,   Springfield, IL 62703-5184
517577759         Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517434041        +Ccs/first National Ban,   500 E 60th St N,   Sioux Falls, SD 57104-0478
517434042         Christina Ferrell,   123 W Tomlin Road,   Mickleton, NJ 08056
517830800        +City of Salem Tax Collector,   17 New Market Street,   Salem, NJ 08079-1408
517830801        +City of Salem Water/Sewer Department,   Attn: Bankruptcy Department,   17 New Market Street,
                  Salem, NJ 08079-1408
517830803        +Cross River Bank,   885 Teaneck Road,   Teaneck, NJ 07666-4505
517581121        +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,   Attn: Cashiering Department,
                  1661 Worthington Road, Ste 100,   West Palm Beach, FL 33409-6493
517434044        +Deutsche Bank National Trust Co.,   Trustee for Morgan Stanley ABS Capital,
                  1761 East Street Andrews Place,   Santa Ana, CA 92705-4934
517830804         Division of Youth & Family Services,   North Stockton Street,   Trenton, NJ 08628
517830805        +Doerr Development LLC,   c/o Nathan Van Embden, Esq.,   21 E. Main Street,   P O Box 428,
                  Millville, NJ 08332-0428
517434045        +First National Credit Card/Legacy,   First National Credit Card,   Po Box 5097,
                  Sioux Falls, SD 57117-5097
517830807         First National Credit/Legacy Visa,   PO Box 5097,   Attn: Bankruptcy / Collections Detps,
                  Sioux Falls, SD 57117-5097
517434046        +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517434047        +First Saving Bank / Blaze,   Attn: Bankruptcy,   Po Box 5096,   Sioux Falls, SD 57117-5096
517434048        +First Savings Credit Card,   Po Box 5019,   Sioux Falls, SD 57117-5019
517434049        +Gloucester County,   Office of the Sheriff,   Re: Sheriff # F-16000273,   PO Box 376,
                  Woodbury, NJ 08096-7376
517434050        +Gloucester County Office of the Sheriff,   c/o Foreclosure Unit  F-001152-13,   PO Box 376,
                  2 S. Broad Street,   Woodbury, NJ 08096-4604
517434051         H & H Inv Harrison,   c/o Hoffman Dimuzio,   1739 Delsea Drive,   Millville, NJ 08332
517830811        +Inspira Medical Center,   Attn: Billing Office,   509 N. Broad Street,
                  Woodbury, NJ 08096-1697
517830813        +Jacob Doerr,   c/o Nathan Van Embden Esq.,   21 E. Main Street,   P O Box 428,
                  Millville, NJ 08332-0428
517830814        +Liberty Mutual Insurance Co.,   175 Berkeley Street,   Boston, MA 02116-3350
517830816        +Madison TST Co/as Coll Assign,   Stonefield Investment Fund,   21 Robert Pitt, Suite 207,
                  Monsey, NY 10952-5305
517830817        +Medical Management Alternatives LLC,   175C West Cohawkin Road,   Clarksboro, NJ 08020-1145
517830820        +Mortgage Electronic Registration Systems,   as Nominee for New Century Mortgage Corp,
                  c/o Corporation Trust Company RA,   820 Bear Tavern Road,   Trenton, NJ 08628-1021
517830821        +New Century Mortgage Corporation,   18400 Von Karman, Suite 1000,   Irvine, CA 92612-0516
517830822         Northstar Location Services LLC,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
517461458         Ocwen Loan Servicing LLC,   Attn: Bankruptcy Department,   PO Box 24605,
                  West Palm Beach, FL 33416-4605
517830823         Office of the Public Defender,   Hughes Justice Complex,   25 Market Street,   PO Box 850,
                  Trenton, NJ 08625-0850
517830824        #+Penn Credit Corp,   P O Box 988,   916 S 14th Street,   Harrisburg, PA 17104-3425
517830826        +Real Time Resolutions Inc. as agent for,   RTR Capital L.P.,
                  1349 Empire Central Drive, Suite 150,   Dallas, TX 75247-4029
517434059        +Rickart Coll Systems,   575 Milltown Rd,   North Brunswick, NJ 08902-3336
517830833       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 245,
                  Trenton, NJ 08695)
517830828        +Sequium Asset Solutions LLC,   1130 Northcase Parkway, Suite 500,   Marietta, GA 30067-6413
517830829        +Sienna Gilbert,   NJ Division of Taxation,   Pioneer Credit Recovery,   P O Box 1018,
                  Moorestown, NJ 08057-0018
517830830         Singh Real Estate,   555 Lincoln Drive West,   Suite 100,   Marlton, NJ 08053
517830832        +Sparrow Investments,   P O Box 1030,   Brick, NJ 08723-0090
517434060        +State of NJ Division of Law,   Office of the Atty General,   25 Market St.,   PO Box 119,
                  Trenton, NJ 08625-0119
517830834         State of New Jersey - Div. of Taxation,   Compl & Enforcement - Bankruptcy Unit,
                  50 Barrack Street, 9th Floor,   P O Box 245,   Trenton, NJ 08695-0267
517830835        +State of New Jersey - Division of Law,   Richard J. Hughes Justice Complex,   25 Market Street,
                  P O Box 112,   Trenton, NJ 08625-0112
517830837         Stewart Family Trust,   Attn: John D. Jordon,   111 -113 North Broadway,   Pennsville, NJ 08070
517830838         Superior Court of New Jersey,   Law Division-Special Civil Part,   Gloucester County Courthouse,
                  Hunter and Euclid Street,   Woodbury, NJ 08096
517830839         Superior Court of New Jersey,   Cumberland County Vicinage,   Broad & Fayette Streets,
                  Bridgeton, NJ 08302
```

```
District/off: 0312-1           User: admin              Page 2 of 4             Date Rcvd: Nov 09, 2018
                               Form ID: pdf901          Total Noticed: 93


517830841    +U.S. Bank Cust for Crestar Capital LLC,   2 Liberty Place,   50 South 16th Street, Suite 1950,
              Philadelphia, PA 19102-2516
517830842    +U.S. Bank, Custodian for,   Empire Tax Lien Fund IV, LLC,   c/o Taylor & Keyser,
              76 Euclid Avenue, Suite 202,   Haddonfield, NJ 08033-2330
517830843    +US Bank Cust for Pro Cap III LLC,   50 South 16th Street, Suite 1950,
              Philadelphia, PA 19102-2516
517831882    +US Bank Cust/Crestar Cap, LLC,   1415 Route 70 East,   Cherry Hill, NJ 08034-2210
517830844    +US Bank Cust/FNA Jersey BO1 LLC,   50 South 16th Street, Suite 1950,
              Philadelphia, PA 19102-2516
517830845    +US Bank Cust/PC6,   c/o Sterling National Bank,   50 S. 16th Street, Suite 2050,
              Philadelphia, PA 19102-2516
517830846    +US Bank Cust/Pro Capital 1 LLC,   50 South 16th Street, Suite 1950,
              Philadelphia, PA 19102-2516
517434063    +Udren Law Offices PC,   Woodcrest Corporate Center,   111 Woodcrest Road, Suite 200,
              Cherry Hill, NJ 08003-3620
517830847    +Washington Pediatric Assoc.,   438 Ganttown Road, Suite A7,   Sewell, NJ 08080-1886

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2018 21:40:09     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2018 21:40:09     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
lm            +Fax: 407-737-5634 Nov 09 2018 22:19:46     Ocwen Loan Servicing,   1661 Worthington Road,
              Suite 100,   West Palm Beach, FL 33409-6493
517434037     +E-mail/Text: bankruptcy@pepcoholdings.com Nov 09 2018 21:40:06     Atlantic City Electric,
              C/O Pepco Holdings,   Attn: Bankruptcy Division,   5 Collins Drive  Suite 2133,
              Carneys Point, NJ 08069-3600
517830794     +E-mail/Text: bankruptcy@pepcoholdings.com Nov 09 2018 21:40:07     Atlantic City Electric,
              Attn: Bankruptcy Division,   5 Collins Drive  Suite 2133,   Mail Stop 84CP42,
              Carneys Point, NJ 08069-3600
517434038     +E-mail/Text: ACF-EBN@acf-inc.com Nov 09 2018 21:40:04     Atlantic Credit & Finance Inc.,
              2727 Franklin Road SW,   Roanoke, VA 24014-1011
517830797     +E-mail/Text: clientrep@capitalcollects.com Nov 09 2018 21:40:18     Capital Collection Service,
              PO Box 150,   West Berlin, NJ 08091-0150
517434040     +E-mail/Text: bkr@cardworks.com Nov 09 2018 21:40:02     Cardworks/CW Nexus,   Attn: Bankruptcy,
              Po Box 9201,   Old Bethpage, NY 11804-9001
517830798     +E-mail/Text: bkr@cardworks.com Nov 09 2018 21:40:02     Carson Smithfield, LLC,   PO Box 9216,
              Old Bethpage, NY 11804-9016
517830802     +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 09 2018 21:40:16
              Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
517434043     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2018 21:46:52     Credit One Bank,
              Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
517830806     +E-mail/Text: ar@figadvisors.com Nov 09 2018 21:40:12     FIG Capital Investment NJ 13, LLC,
              1000 Riverside Avenue #400,   Jacksonville, FL 32204-4108
517830812      E-mail/Text: cio.bncmail@irs.gov Nov 09 2018 21:40:05     Internal Revenue Service,
              Centralized Insolvency Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517434052     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 09 2018 21:40:04     Kohls/Capital One,
              Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
517830815     +E-mail/Text: ebn@ltdfin.com Nov 09 2018 21:40:07     LTD Financial Services, LP,
              7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
517583832      E-mail/Text: bkr@cardworks.com Nov 09 2018 21:40:02     MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517434053     +E-mail/Text: bkr@cardworks.com Nov 09 2018 21:40:02     Merrick Bank,
              Attn: Bankruptcy Department,   PO Box 9201,   Old Bethpage, NY 11804-9001
517830818     +E-mail/Text: bkr@cardworks.com Nov 09 2018 21:40:02     Merrick Bank Corp,
              10705 S. Jordan Gtwy, Ste 200,   South Jordan, UT 84095-3977
517434054     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2018 21:40:08     Midland Credit Management, Inc.,
              Attn: J Brandon Black, CEO,   2365 Northside Drive,   San Diego, CA 92108-2709
517434056     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2018 21:40:08     Midland Funding LLC,
              PO Box 2011,   Warren, MI 48090-2011
517434057     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2018 21:40:08     Midland Funding LLC,
              PO Box 939069,   San Diego, CA 92193-9069
517434055     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2018 21:40:08     Midland Funding LLC,
              Attn: President, or Managing Partner,   2365 Northside Drive Suite 300,
              San Diego, CA 92108-2709
517434058     +Fax: 407-737-5634 Nov 09 2018 22:19:46     Ocwen Loan Servicing,   Attn: Bankruptcy Department,
              1661 Worthington Rd  Suite 100,   West Palm Beach, FL 33409-6493
517540036      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 21:46:46
              Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517830825     +E-mail/Text: carolann_boden@yahoo.com Nov 09 2018 21:40:06     Penns Grove Sewerage Authority,
              81 Beach Avenue,   Penns Grove, NJ 08069-1994
517576416     +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 09 2018 21:40:11     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517571847      E-mail/Text: bkdepartment@rtresolutions.com Nov 09 2018 21:40:11
              Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
              Dallas, Texas 75247-4029
517830827     +E-mail/Text: jennifer.chacon@spservicing.com Nov 09 2018 21:40:19
              Select Portfolio Servicing,   Attn: Bankruptcy Department,   PO Box 65250,
              Salt Lake City, UT 84165-0250
```

```
District/off: 0312-1            User: admin              Page 3 of 4                Date Rcvd: Nov 09, 2018
                               Form ID: pdf901          Total Noticed: 93
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517435468        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 21:45:51       Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517576890        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 21:45:51       Synchrony Bank,
                   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517434061        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 21:46:46       Synchrony Bank/ JC Penneys,
                   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517434062        +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 21:46:46       Synchrony Bank/Walmart,
                   Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517587338         E-mail/Text: jennifer.chacon@spservicing.com Nov 09 2018 21:40:19
                   The Bank of New York Mellon as Trustee, et al,   c/o Select Portfolio Servicing, Inc.,
                   P.O. Box 65250,   Salt Lake City, UT 84165-0250
517830840        +E-mail/Text: bknotices@totalcardinc.com Nov 09 2018 21:40:09       Total Card Inc,
                   5109 S Broadband Lane,   Sioux Falls, SD 57108-2208
517570099        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2018 21:46:01       Verizon,
                   by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                    TOTAL: 35


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*             +Udren Law Offices PC,   Woodcrest Corporate Center,   111 Woodcrest Road,   Suite 200,
                   Cherry Hill, NJ 08003-3620
517830795*       +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
517830808*       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517830809*       +First Saving Bank / Blaze,   Attn: Bankruptcy,   Po Box 5096,   Sioux Falls, SD 57117-5096
517830810*       +First Savings Credit Card,   Po Box 5019,   Sioux Falls, SD 57117-5019
517830819*       +Merrick Bank Corp.,   Attn: Bankruptcy Department,   PO Box 9201,   Old Bethpage, NY 11804-9001
517830836*       +State of NJ Division of Law,   Office of the Atty General,   25 Market St.,   PO Box 119,
                   Trenton, NJ 08625-0119
517830831      ##+Singh Real Estate Enterprises,   525 Route 73 North, Suite 212,   Marlton, NJ 08053-3422
                                                                         TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
          Aleisha Candace Jennings   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST Court claim no.
           (if known): NA COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS  OF MORGAN STANLEY ABS CAPITAL I
           INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERI ajennings@rasflaw.com
          Aleisha Candace Jennings   on behalf of Creditor   Deutsche Bank National Trust Company, as
           trustee for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage
           Pass-Through Certificates, Series 2007-NC3 ajennings@rasflaw.com
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc.
           Asset-Backed Certificates, Series 2007-7 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS,
           Inc. Asset-Backed Certificates, Series 2007-7 rsolarz@kmllawgroup.com

```
District/off: 0312-1          User: admin              Page 4 of 4              Date Rcvd: Nov 09, 2018
                              Form ID: pdf901          Total Noticed: 93


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          S. Daniel Hutchison    on behalf of Debtor Robert B. Ferrell, Jr. sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestc
           ase.com
          Sindi  Mncina    on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for the
           registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage Pass-Through
           Certificates, Series 2007-NC3 smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 9
```