Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−16629−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert B. Ferrell Jr.
   123 W Tomlin Station Road
   Mickleton, NJ 08056

Social Security No.:
   xxx−xx−4408

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       1/24/19
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
S. Daniel Hutchison, Debtor's Attorney

COMMISSION OR FEES
$900.00

EXPENSES
$306.69

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: December 19, 2018
JAN: eag

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 18-16629-ABA
Robert B. Ferrell, Jr.                                          Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 4          Date Rcvd: Dec 19, 2018
                              Form ID: 137              Total Noticed: 93


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db             +Robert B. Ferrell, Jr.,    123 W Tomlin Station Road,    Mickleton, NJ 08056-1320
517830792      +Adriane Allen,    86 State Street,    Penns Grove, NJ 08069-1624
517434036      +Alan Walther,    c/o John V. Iacona, Esq.,    276 Main Street,    Metuchen, NJ 08840-2453
517830793      +Allied Propane,    138 Keystone Road,    Chester, PA 19014-3425
517434039      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517830796      +Borough of Penns Grove Tax Office,    303 Harding Highway,    Penns Grove, NJ 08069-2248
517830799      +CCB Credit Services,    5300 S. 6th Street,    Springfield, IL 62703-5184
517577759       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517434041      +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
517434042       Christina Ferrell,    123 W Tomlin Road,    Mickleton, NJ 08056
517830800      +City of Salem Tax Collector,    17 New Market Street,    Salem, NJ 08079-1408
517830801      +City of Salem Water/Sewer Department,    Attn: Bankruptcy Department,    17 New Market Street,
                 Salem, NJ 08079-1408
517830803      +Cross River Bank,    885 Teaneck Road,    Teaneck, NJ 07666-4505
517581121      +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Attn: Cashiering Department,
                 1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
517434044      +Deutsche Bank National Trust Co.,    Trustee for Morgan Stanley ABS Capital,
                 1761 East Street Andrews Place,    Santa Ana, CA 92705-4934
517830804       Division of Youth & Family Services,    North Stockton Street,    Trenton, NJ 08628
517830805      +Doerr Development LLC,    c/o Nathan Van Embden, Esq.,    21 E. Main Street,    P O Box 428,
                 Millville, NJ 08332-0428
517434045      +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                 Sioux Falls, SD 57117-5097
517830807       First National Credit/Legacy Visa,    PO Box 5097,    Attn: Bankruptcy / Collections Detps,
                 Sioux Falls, SD 57117-5097
517434046      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517434047      +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
517434048      +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
517434049      +Gloucester County,    Office of the Sheriff,    Re: Sheriff # F-16000273,    PO Box 376,
                 Woodbury, NJ 08096-7376
517434050      +Gloucester County Office of the Sheriff,    c/o Foreclosure Unit  F-001152-13,    PO Box 376,
                 2 S. Broad Street,    Woodbury, NJ 08096-4604
517434051       H & H Inv Harrison,    c/o Hoffman Dimuzio,    1739 Delsea Drive,    Millville, NJ 08332
517830811      +Inspira Medical Center,    Attn: Billing Office,    509 N. Broad Street,
                 Woodbury, NJ 08096-1697
517830813      +Jacob Doerr,    c/o Nathan Van Embden Esq.,    21 E. Main Street,    P O Box 428,
                 Millville, NJ 08332-0428
517830814      +Liberty Mutual Insurance Co.,    175 Berkeley Street,    Boston, MA 02116-3350
517830816      +Madison TST Co/as Coll Assign,    Stonefield Investment Fund,    21 Robert Pitt, Suite 207,
                 Monsey, NY 10952-5305
517830817      +Medical Management Alternatives LLC,    175C West Cohawkin Road,    Clarksboro, NJ 08020-1145
517830820      +Mortgage Electronic Registration Systems,     as Nominee for New Century Mortgage Corp,
                 c/o Corporation Trust Company RA,    820 Bear Tavern Road,    Trenton, NJ 08628-1021
517830821      +New Century Mortgage Corporation,    18400 Von Karman, Suite 1000,    Irvine, CA 92612-0516
517830822       Northstar Location Services LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
517461458       Ocwen Loan Servicing LLC,    Attn: Bankruptcy Department,    PO Box 24605,
                 West Palm Beach, FL 33416-4605
517830823       Office of the Public Defender,    Hughes Justice Complex,    25 Market Street,    PO Box 850,
                 Trenton, NJ 08625-0850
517830824     #+Penn Credit Corp,    P O Box 988,    916 S 14th Street,    Harrisburg, PA 17104-3425
517830826      +Real Time Resolutions Inc. as agent for,    RTR Capital L.P.,
                 1349 Empire Central Drive, Suite 150,    Dallas, TX 75247-4029
517434059      +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
517830833     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
517830828      +Sequium Asset Solutions LLC,    1130 Northcase Parkway, Suite 500,    Marietta, GA 30067-6413
517830829      +Sienna Gilbert,    NJ Division of Taxation,    Pioneer Credit Recovery,    P O Box 1018,
                 Moorestown, NJ 08057-0018
517830830       Singh Real Estate,    555 Lincoln Drive West,    Suite 100,    Marlton, NJ 08053
517830832      +Sparrow Investments,    P O Box 1030,    Brick, NJ 08723-0090
517434060      +State of NJ Division of Law,    Office of the Atty General,    25 Market St.,    PO Box 119,
                 Trenton, NJ 08625-0119
517830834       State of New Jersey - Div. of Taxation,    Compl & Enforcement - Bankruptcy Unit,
                 50 Barrack Street, 9th Floor,    P O Box 245,    Trenton, NJ 08695-0267
517830835      +State of New Jersey - Division of Law,    Richard J. Hughes Justice Complex,    25 Market Street,
                 P O Box 112,    Trenton, NJ 08625-0112
517830837       Stewart Family Trust,    Attn: John D. Jordon,    111 -113 North Broadway,    Pennsville, NJ 08070
517830838       Superior Court of New Jersey,    Law Division-Special Civil Part,    Gloucester County Courthouse,
                 Hunter and Euclid Street,    Woodbury, NJ 08096
517830839       Superior Court of New Jersey,    Cumberland County Vicinage,    Broad & Fayette Streets,
                 Bridgeton, NJ 08302
```

```
District/off: 0312-1           User: admin                  Page 2 of 4                   Date Rcvd: Dec 19, 2018
                               Form ID: 137                 Total Noticed: 93


517830841      +U.S. Bank Cust for Crestar Capital LLC,    2 Liberty Place,   50 South 16th Street, Suite 1950,
                 Philadelphia, PA 19102-2516
517830842      +U.S. Bank, Custodian for,    Empire Tax Lien Fund IV, LLC,    c/o Taylor & Keyser,
                 76 Euclid Avenue, Suite 202,    Haddonfield, NJ 08033-2330
517830843      +US Bank Cust for Pro Cap III LLC,    50 South 16th Street, Suite 1950,
                 Philadelphia, PA 19102-2516
517831882      +US Bank Cust/Crestar Cap, LLC,    1415 Route 70 East,    Cherry Hill, NJ 08034-2210
517830844      +US Bank Cust/FNA Jersey BO1 LLC,    50 South 16th Street, Suite 1950,
                 Philadelphia, PA 19102-2516
517830845      +US Bank Cust/PC6,   c/o Sterling National Bank,    50 S. 16th Street, Suite 2050,
                 Philadelphia, PA 19102-2516
517830846      +US Bank Cust/Pro Capital 1 LLC,    50 South 16th Street, Suite 1950,
                 Philadelphia, PA 19102-2516
517434063      +Udren Law Offices PC,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
517830847      +Washington Pediatric Assoc.,    438 Ganttown Road, Suite A7,    Sewell, NJ 08080-1886

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2018 00:23:58     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2018 00:23:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +Fax: 407-737-5634 Dec 20 2018 00:42:18      Ocwen Loan Servicing,   1661 Worthington Road,
                 Suite 100,   West Palm Beach, FL 33409-6493
517434037      +E-mail/Text: bankruptcy@pepcoholdings.com Dec 20 2018 00:23:21     Atlantic City Electric,
                 C/O Pepco Holdings,   Attn: Bankruptcy Division,    5 Collins Drive  Suite 2133,
                 Carneys Point, NJ 08069-3600
517830794      +E-mail/Text: bankruptcy@pepcoholdings.com Dec 20 2018 00:23:21     Atlantic City Electric,
                 Attn: Bankruptcy Division,    5 Collins Drive  Suite 2133,   Mail Stop 84CP42,
                 Carneys Point, NJ 08069-3600
517434038      +E-mail/Text: ACF-EBN@acf-inc.com Dec 20 2018 00:22:52     Atlantic Credit & Finance Inc.,
                 2727 Franklin Road SW,    Roanoke, VA 24014-1011
517830797      +E-mail/Text: clientrep@capitalcollects.com Dec 20 2018 00:25:12     Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
517434040      +E-mail/Text: bkr@cardworks.com Dec 20 2018 00:22:40     Cardworks/CW Nexus,   Attn: Bankruptcy,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
517830798      +E-mail/Text: bkr@cardworks.com Dec 20 2018 00:22:40     Carson Smithfield, LLC,   PO Box 9216,
                 Old Bethpage, NY 11804-9016
517830802      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 20 2018 00:24:53
                 Credit Collection Services,   725 Canton Street,    Norwood, MA 02062-2679
517434043      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 20 2018 00:31:17     Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
517830806      +E-mail/Text: ar@figadvisors.com Dec 20 2018 00:24:25     FIG Capital Investment NJ 13, LLC,
                 1000 Riverside Avenue #400,   Jacksonville, FL 32204-4108
517830812       E-mail/Text: cio.bncmail@irs.gov Dec 20 2018 00:23:07     Internal Revenue Service,
                 Centralized Insolvency Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517434052      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2018 00:22:59     Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
517830815      +E-mail/Text: ebn@ltdfin.com Dec 20 2018 00:23:28     LTD Financial Services, LP,
                 7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2134
517583832       E-mail/Text: bkr@cardworks.com Dec 20 2018 00:22:40     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517434053      +E-mail/Text: bkr@cardworks.com Dec 20 2018 00:22:40     Merrick Bank,
                 Attn: Bankruptcy Department,   PO Box 9201,   Old Bethpage, NY 11804-9001
517830818      +E-mail/Text: bkr@cardworks.com Dec 20 2018 00:22:40     Merrick Bank Corp,
                 10705 S. Jordan Gtwy, Ste 200,    South Jordan, UT 84095-3977
517434054      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2018 00:23:54     Midland Credit Management, Inc.,
                 Attn: J Brandon Black, CEO,    2365 Northside Drive,   San Diego, CA 92108-2709
517434056      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2018 00:23:54     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517434057      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2018 00:23:54     Midland Funding LLC,
                 PO Box 939069,   San Diego, CA 92193-9069
517434055      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2018 00:23:54     Midland Funding LLC,
                 Attn: President, or Managing Partner,    2365 Northside Drive Suite 300,
                 San Diego, CA 92108-2709
517434058      +Fax: 407-737-5634 Dec 20 2018 00:42:18      Ocwen Loan Servicing,   Attn: Bankruptcy Department,
                 1661 Worthington Rd  Suite 100,   West Palm Beach, FL 33409-6493
517540036       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2018 00:31:11
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517830825      +E-mail/Text: carolann_boden@yahoo.com Dec 20 2018 00:23:18     Penns Grove Sewerage Authority,
                 81 Beach Avenue,   Penns Grove, NJ 08069-1994
517576416      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 20 2018 00:24:13     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517571847       E-mail/Text: bkdepartment@rtresolutions.com Dec 20 2018 00:24:11
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
517830827      +E-mail/Text: jennifer.chacon@spservicing.com Dec 20 2018 00:25:14
                 Select Portfolio Servicing,   Attn: Bankruptcy Department,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
```

```
District/off: 0312-1          User: admin               Page 3 of 4               Date Rcvd: Dec 19, 2018
                              Form ID: 137              Total Noticed: 93

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517435468       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 00:32:05       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517576890       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 00:32:05       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517434061       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 00:32:05       Synchrony Bank/ JC Penneys,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517434062       +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 00:30:52       Synchrony Bank/Walmart,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517587338        E-mail/Text: jennifer.chacon@spservicing.com Dec 20 2018 00:25:14
                 The Bank of New York Mellon as Trustee, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
517830840       +E-mail/Text: bknotices@totalcardinc.com Dec 20 2018 00:23:59       Total Card Inc,
                 5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
517570099       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2018 00:33:50       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Udren Law Offices PC,    Woodcrest Corporate Center,    111 Woodcrest Road,   Suite 200,
                 Cherry Hill, NJ 08003-3620
517830795*      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517830808*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517830809*      +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
517830810*      +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
517830819*      +Merrick Bank Corp.,    Attn: Bankruptcy Department,    PO Box 9201,    Old Bethpage, NY 11804-9001
517830836*      +State of NJ Division of Law,    Office of the Atty General,    25 Market St.,    PO Box 119,
                 Trenton, NJ 08625-0119
517830831     ##+Singh Real Estate Enterprises,    525 Route 73 North, Suite 212,    Marlton, NJ 08053-3422
                                                                                       TOTALS: 0, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST Court claim no.
               (if known): NA COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS  OF MORGAN STANLEY ABS CAPITAL I
               INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERI ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as
               trustee for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage
               Pass-Through Certificates, Series 2007-NC3 ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2007-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS,
               Inc. Asset-Backed Certificates, Series 2007-7 rsolarz@kmllawgroup.com
```

```
District/off: 0312-1          User: admin                Page 4 of 4              Date Rcvd: Dec 19, 2018
                              Form ID: 137               Total Noticed: 93
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          S. Daniel Hutchison    on behalf of Debtor Robert B. Ferrell, Jr. sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

          Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates, Series 2007-NC3 smncina@rascrane.com

          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

          TOTAL: 9