Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−16629−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert B. Ferrell Jr.
   123 W Tomlin Station Road
   Mickleton, NJ 08056

Social Security No.:
   xxx−xx−4408

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/23/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 23, 2019
JAN: bc

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-16629-ABA
Robert B. Ferrell, Jr.                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 4              Date Rcvd: May 23, 2019
                              Form ID: 148             Total Noticed: 94

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db              +Robert B. Ferrell, Jr.,    123 W Tomlin Station Road,    Mickleton, NJ 08056-1320
517830792       +Adriane Allen,    86 State Street,    Penns Grove, NJ 08069-1624
517434036       +Alan Walther,    c/o John V. Iacona, Esq.,    276 Main Street,    Metuchen, NJ 08840-2453
517830793       +Allied Propane,    138 Keystone Road,    Chester, PA 19014-3425
517830796       +Borough of Penns Grove Tax Office,    303 Harding Highway,    Penns Grove, NJ 08069-2248
517830799       +CCB Credit Services,    5300 S. 6th Street,    Springfield, IL 62703-5184
517434041       +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
517434042        Christina Ferrell,    123 W Tomlin Road,    Mickleton, NJ 08056
517830800       +City of Salem Tax Collector,    17 New Market Street,    Salem, NJ 08079-1408
517830801       +City of Salem Water/Sewer Department,    Attn: Bankruptcy Department,    17 New Market Street,
                  Salem, NJ 08079-1408
517830803       +Cross River Bank,    885 Teaneck Road,    Teaneck, NJ 07666-4505
517581121       +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Attn: Cashiering Department,
                  1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
518197735       +DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee f,    CAPITAL I INC. TRUST 2007-NC3 MORTGAGE P,
                  1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
517434044       +Deutsche Bank National Trust Co.,    Trustee for Morgan Stanley ABS Capital,
                  1761 East Street Andrews Place,    Santa Ana, CA 92705-4934
517830804        Division of Youth & Family Services,    North Stockton Street,    Trenton, NJ 08628
517830805       +Doerr Development LLC,    c/o Nathan Van Embden, Esq.,    21 E. Main Street,    P O Box 428,
                  Millville, NJ 08332-0428
517434045       +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                  Sioux Falls, SD 57117-5097
517830807        First National Credit/Legacy Visa,    PO Box 5097,    Attn: Bankruptcy / Collections Detps,
                  Sioux Falls, SD 57117-5097
517434047       +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
517434048       +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
517434049       +Gloucester County,    Office of the Sheriff,    Re: Sheriff # F-16000273,    PO Box 376,
                  Woodbury, NJ 08096-7376
517434050       +Gloucester County Office of the Sheriff,    c/o Foreclosure Unit  F-001152-13,    PO Box 376,
                  2 S. Broad Street,    Woodbury, NJ 08096-4604
517434051        H & H Inv Harrison,    c/o Hoffman Dimuzio,    1739 Delsea Drive,    Millville, NJ 08332
517830811       +Inspira Medical Center,    Attn: Billing Office,    509 N. Broad Street,
                  Woodbury, NJ 08096-1697
517830813       +Jacob Doerr,    c/o Nathan Van Embden Esq.,    21 E. Main Street,    P O Box 428,
                  Millville, NJ 08332-0428
517830814       +Liberty Mutual Insurance Co.,    175 Berkeley Street,    Boston, MA 02116-3350
517830816       +Madison TST Co/as Coll Assign,    Stonefield Investment Fund,    21 Robert Pitt, Suite 207,
                  Monsey, NY 10952-5305
517830817       +Medical Management Alternatives LLC,    175C West Cohawkin Road,    Clarksboro, NJ 08020-1145
517830820       +Mortgage Electronic Registration Systems,    as Nominee for New Century Mortgage Corp,
                  c/o Corporation Trust Company RA,    820 Bear Tavern Road,    Trenton, NJ 08628-1021
517830821       +New Century Mortgage Corporation,    18400 Von Karman, Suite 1000,    Irvine, CA 92612-0516
517830822        Northstar Location Services LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
517461458        Ocwen Loan Servicing LLC,    Attn: Bankruptcy Department,    PO Box 24605,
                  West Palm Beach, FL 33416-4605
517830823        Office of the Public Defender,    Hughes Justice Complex,    25 Market Street,    PO Box 850,
                  Trenton, NJ 08625-0850
517830824      #+Penn Credit Corp,    P O Box 988,    916 S 14th Street,    Harrisburg, PA 17104-3425
517830826       +Real Time Resolutions Inc. as agent for,    RTR Capital L.P.,
                  1349 Empire Central Drive, Suite 150,    Dallas, TX 75247-4029
517434059       +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
517931041      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
517830828       +Sequium Asset Solutions LLC,    1130 Northcase Parkway, Suite 500,    Marietta, GA 30067-6413
517830829       +Sienna Gilbert,    NJ Division of Taxation,    Pioneer Credit Recovery,    P O Box 1018,
                  Moorestown, NJ 08057-0018
517830830        Singh Real Estate,    555 Lincoln Drive West,    Suite 100,    Marlton, NJ 08053
517830832       +Sparrow Investments,    P O Box 1030,    Brick, NJ 08723-0090
517434060       +State of NJ Division of Law,    Office of the Atty General,    25 Market St.,    PO Box 119,
                  Trenton, NJ 08625-0119
517830834        State of New Jersey - Div. of Taxation,    Compl & Enforcement - Bankruptcy Unit,
                  50 Barrack Street, 9th Floor,    P O Box 245,    Trenton, NJ 08695-0267
517830835       +State of New Jersey - Division of Law,    Richard J. Hughes Justice Complex,    25 Market Street,
                  P O Box 112,    Trenton, NJ 08625-0112
517830837        Stewart Family Trust,    Attn: John D. Jordon,    111 -113 North Broadway,    Pennsville, NJ 08070
517830838        Superior Court of New Jersey,    Law Division-Special Civil Part,    Gloucester County Courthouse,
                  Hunter and Euclid Street,    Woodbury, NJ 08096
517830839        Superior Court of New Jersey,    Cumberland County Vicinage,    Broad & Fayette Streets,
                  Bridgeton, NJ 08302
517830841       +U.S. Bank Cust for Crestar Capital LLC,    2 Liberty Place,    50 South 16th Street, Suite 1950,
                  Philadelphia, PA 19102-2516
```

```
District/off: 0312-1           User: admin               Page 2 of 4              Date Rcvd: May 23, 2019
                               Form ID: 148              Total Noticed: 94


517830842      +U.S. Bank, Custodian for,    Empire Tax Lien Fund IV, LLC,    c/o Taylor & Keyser,
                 76 Euclid Avenue, Suite 202,    Haddonfield, NJ 08033-2330
517830843      +US Bank Cust for Pro Cap III LLC,    50 South 16th Street, Suite 1950,
                 Philadelphia, PA 19102-2516
517831882      +US Bank Cust/Crestar Cap, LLC,    1415 Route 70 East,   Cherry Hill, NJ 08034-2210
517830844      +US Bank Cust/FNA Jersey BO1 LLC,    50 South 16th Street, Suite 1950,
                 Philadelphia, PA 19102-2516
517830845      +US Bank Cust/PC6,   c/o Sterling National Bank,    50 S. 16th Street, Suite 2050,
                 Philadelphia, PA 19102-2516
517830846      +US Bank Cust/Pro Capital 1 LLC,    50 South 16th Street, Suite 1950,
                 Philadelphia, PA 19102-2516
517434063      +Udren Law Offices PC,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
517830847      +Washington Pediatric Assoc.,    438 Ganttown Road, Suite A7,    Sewell, NJ 08080-1886
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 23:43:49     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 23:43:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +Fax: 407-737-5634 May 24 2019 00:20:04      Ocwen Loan Servicing,    1661 Worthington Road,
                 Suite 100,   West Palm Beach, FL 33409-6493
517434037      +E-mail/Text: bankruptcy@pepcoholdings.com May 23 2019 23:43:18     Atlantic City Electric,
                 C/O Pepco Holdings,   Attn: Bankruptcy Division,    5 Collins Drive Suite 2133,
                 Carneys Point, NJ 08069-3600
517830794      +E-mail/Text: bankruptcy@pepcoholdings.com May 23 2019 23:43:18     Atlantic City Electric,
                 Attn: Bankruptcy Division,    5 Collins Drive Suite 2133,    Mail Stop 84CP42,
                 Carneys Point, NJ 08069-3600
517434038      +E-mail/Text: ACF-EBN@acf-inc.com May 23 2019 23:42:40     Atlantic Credit & Finance Inc.,
                 2727 Franklin Road SW,    Roanoke, VA 24014-1011
517434039      +EDI: TSYS2.COM May 24 2019 03:08:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,   Wilmington, DE 19899-8801
517830797      +E-mail/Text: clientrep@capitalcollects.com May 23 2019 23:44:38     Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
517577759       EDI: BL-BECKET.COM May 24 2019 03:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517434040      +EDI: MERRICKBANK.COM May 24 2019 03:03:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
517830798      +EDI: MERRICKBANK.COM May 24 2019 03:03:00      Carson Smithfield, LLC,    PO Box 9216,
                 Old Bethpage, NY 11804-9016
517830802      +EDI: CCS.COM May 24 2019 03:08:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
517434043      +EDI: RCSFNBMARIN.COM May 24 2019 03:03:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas, NV 89193-8873
517830806      +E-mail/Text: ar@figadvisors.com May 23 2019 23:44:10     FIG Capital Investment NJ 13, LLC,
                 1000 Riverside Avenue #400,    Jacksonville, FL 32204-4108
517434046      +EDI: AMINFOFP.COM May 24 2019 03:08:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517830812       EDI: IRS.COM May 24 2019 03:08:00      Internal Revenue Service,
                 Centralized Insolvency Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517434052      +E-mail/Text: bncnotices@becket-lee.com May 23 2019 23:42:56     Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
517830815      +EDI: LTDFINANCIAL.COM May 24 2019 03:08:00      LTD Financial Services, LP,
                 7322 Southwest Freeway,    Suite 1600,   Houston, TX 77074-2134
517583832       EDI: MERRICKBANK.COM May 24 2019 03:03:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
517434053      +EDI: MERRICKBANK.COM May 24 2019 03:03:00      Merrick Bank,    Attn: Bankruptcy Department,
                 PO Box 9201,   Old Bethpage, NY 11804-9001
517830818      +EDI: MERRICKBANK.COM May 24 2019 03:03:00      Merrick Bank Corp,
                 10705 S. Jordan Gtwy, Ste 200,    South Jordan, UT 84095-3977
517434054      +EDI: MID8.COM May 24 2019 03:08:00      Midland Credit Management, Inc.,
                 Attn: J Brandon Black, CEO,    2365 Northside Drive,    San Diego, CA 92108-2709
517434056      +EDI: MID8.COM May 24 2019 03:08:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517434057      +EDI: MID8.COM May 24 2019 03:08:00      Midland Funding LLC,    PO Box 939069,
                 San Diego, CA 92193-9069
517434055      +EDI: MID8.COM May 24 2019 03:08:00      Midland Funding LLC,
                 Attn: President, or Managing Partner,    2365 Northside Drive Suite 300,
                 San Diego, CA 92108-2709
517434058      +Fax: 407-737-5634 May 24 2019 00:20:04      Ocwen Loan Servicing,    Attn: Bankruptcy Department,
                 1661 Worthington Rd Suite 100,    West Palm Beach, FL 33409-6493
517540036       EDI: PRA.COM May 24 2019 03:08:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
517830825      +E-mail/Text: carolann_boden@yahoo.com May 23 2019 23:43:13     Penns Grove Sewerage Authority,
                 81 Beach Avenue,   Penns Grove, NJ 08069-1994
517576416      +EDI: JEFFERSONCAP.COM May 24 2019 03:08:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
District/off: 0312-1          User: admin              Page 3 of 4             Date Rcvd: May 23, 2019
                              Form ID: 148             Total Noticed: 94
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517571847         E-mail/Text: bkdepartment@rtresolutions.com May 23 2019 23:43:58
                    Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                    Dallas, Texas 75247-4029
517830827        +E-mail/Text: jennifer.chacon@spservicing.com May 23 2019 23:44:39
                    Select Portfolio Servicing,    Attn: Bankruptcy Department,    PO Box 65250,
                    Salt Lake City, UT 84165-0250
517435468        +EDI: RMSC.COM May 24 2019 03:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                    PO Box 41021,    Norfolk, VA 23541-1021
517576890        +EDI: RMSC.COM May 24 2019 03:03:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                    PO Box 41021,    Norfolk VA 23541-1021
517434061        +EDI: RMSC.COM May 24 2019 03:03:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,
                    Po Box 965060,    Orlando, FL 32896-5060
517434062        +EDI: RMSC.COM May 24 2019 03:03:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                    Po Box 965060,    Orlando, FL 32896-5060
517587338         E-mail/Text: jennifer.chacon@spservicing.com May 23 2019 23:44:39
                    The Bank of New York Mellon as Trustee, et al,     c/o Select Portfolio Servicing, Inc.,
                    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517830840        +EDI: TCISOLUTIONS.COM May 24 2019 03:08:00      Total Card Inc,    5109 S Broadband Lane,
                    Sioux Falls, SD 57108-2208
517570099        +EDI: AIS.COM May 24 2019 03:08:00      Verizon,    by American InfoSource LP as agent,
                    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*             +Udren Law Offices PC,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                    Cherry Hill, NJ 08003-3620
517830795*       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517830808*       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517830809*       +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
517830810*       +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
517830819*       +Merrick Bank Corp.,    Attn: Bankruptcy Department,    PO Box 9201,    Old Bethpage, NY 11804-9001
517830833*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                    TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                    Trenton, NJ 08695)
517830836*       +State of NJ Division of Law,    Office of the Atty General,    25 Market St.,    PO Box 119,
                    Trenton, NJ 08625-0119
517830831       ##+Singh Real Estate Enterprises,    525 Route 73 North, Suite 212,     Marlton, NJ 08053-3422
                                                                                              TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 4 of 4              Date Rcvd: May 23, 2019
                              Form ID: 148             Total Noticed: 94
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:

        Aleisha Candace Jennings   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST Court claim no. (if known): NA COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS  OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERI ajennings@rasflaw.com

        Aleisha Candace Jennings   on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates, Series 2007-NC3 ajennings@rasflaw.com

        Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-7 rsolarz@kmllawgroup.com

        S. Daniel Hutchison   on behalf of Debtor Robert B. Ferrell, Jr. sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

        Sindi  Mncina   on behalf of Creditor   Deutsche Bank National Trust Company, as trustee for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates, Series 2007-NC3 smncina@rascrane.com

        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 9