| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

**Order Filed on May 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

ROBERT B. FERRELL, JR.

Case No.: 18-16629-ABA

Hearing Date: May 22, 2019   9:00 am

Judge:  Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: May 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $4,706.69 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 18-16629-ABA
Robert B. Ferrell, Jr.                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: May 23, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db             +Robert B. Ferrell, Jr.,    123 W Tomlin Station Road,    Mickleton, NJ 08056-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST Court claim no.
           (if known): NA COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS  OF MORGAN STANLEY ABS CAPITAL I
           INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERI ajennings@rasflaw.com
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as
           trustee for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage
           Pass-Through Certificates, Series 2007-NC3 ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
           Asset-Backed Certificates, Series 2007-7 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS,
           Inc. Asset-Backed Certificates, Series 2007-7 rsolarz@kmllawgroup.com
          S. Daniel Hutchison    on behalf of Debtor Robert B. Ferrell, Jr. sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee for the
           registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-NC3 Mortgage Pass-Through
           Certificates, Series 2007-NC3 smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9